No. 258. KRAMER *v.* UNION FREE SCHOOL DISTRICT No. 15 ET AL. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted. *Melvin L. Wulf, Murray A. Miller,* and *Alan H. Levine* for appellant. *John P. Jehu* for appellees. *Louis J. Lefkowitz, pro se,* and *Daniel M. Cohen,* Assistant Attorney General, for the Attorney General of New York, intervenor below.

No. 376. DUNBAR-STANLEY STUDIOS, INC. *v.* ALABAMA. Appeal from Sup. Ct. Ala. Probable jurisdiction noted. *J. Edward Thornton* for appellant. *MacDonald Gallion,* Attorney General of Alabama, and *Willard W. Livingston* and *William H. Burton,* Assistant Attorneys General, for appellee.

No. 48. JULIAN MESSNER, INC., ET AL. *v.* SPAHN. Appeal from Ct. App. N. Y. Probable jurisdiction noted. Counsel are requested to discuss in their briefs and oral arguments, in addition to the other questions presented, question whether injunctive relief provided in final judgment entered September 3, 1964, in the Supreme Court for the County of New York constitutes an unconstitutional restraint upon publication. *Selig J. Levitan* for appellants. *Frederic A. Johnson* for appellee. *Irwin Karp* for Authors League of America, Inc., as *amicus curiae.*

No. 370. KOOTA, DISTRICT ATTORNEY OF KINGS COUNTY *v.* ZWICKLER. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for appellant.